NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE VIRGIN ISLANDS
## ST. CROIX DIVISION

| | |
|---|---|
| FAZAL DONAIE<br><br>Plaintiff,<br><br>v.<br><br>HOLY CROSS CATHOLIC CONGREGATION, INC. and ST. MARY'S CATHOLIC SCHOOL, INC,<br><br>Defendants. | Civ. No. 14-0016<br><br>**ORDER** |

THOMPSON, U.S.D.J.[1]

For the reasons set forth in the Opinion issued on this same day,

IT IS, on this 21 day of January, 2016,

ORDERED that Defendants Holy Cross Catholic Congregation, Inc. and St. Mary's Catholic School, Inc.'s motion to dismiss Plaintiff Fazal Donaie's complaint (ECF No. 8) is GRANTED with respect to Count VII (the Title VI claim) and DENIED as to all other counts.

ANNE E. THOMPSON, U.S.D.J.

---

[1] The Hon. Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.